# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CHARLES CONNORS                                                              PLAINTIFF
ADC # 147668

V.                                  4:15CV00232 SWW/JTR

EMILY ABBOTT, Little Rock                                                   DEFENDANTS
Deputy Prosecuting Attorney, et al.

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.  Plaintiff's Complaint (Doc. 2), and his claims are DISMISSED, WITHOUT PREJUDICE.

Dated this 14th day of July, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE