# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CHARLES CONNORS                                                                                      PLAINTIFF
ADC #  147668

V.                                             4:15CV00232 SWW/JTR

EMILY ABBOTT, Little Rock                                                              DEFENDANTS
Deputy Prosecuting Attorney, et al.

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed.  It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 14th day of July, 2015.


                                                                      /s/Susan Webber Wright

                                                                      UNITED STATES DISTRICT JUDGE